Tyrone **HOLLEY,** Petitioner–Appellant,

v.

Theodis **BECK,** Respondent–Appellee.

No. 01–6660.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Tyrone Holley, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Tyrone Holley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Holley v. Beck,* No. CA–00–567–1 (M.D.N.C. filed Mar. 26, 2001; entered Mar. 27, 2001). We decline to consider the claims that Holley asserts for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*